UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21428-CIV-HUCK

ALEXIS CARRAZANA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

Alexis Carrazana has filed a petition to vacate and/or set aside sentence and conviction pursuant to 28 U.S.C. § 2255 (D.E. #1). It is ORDERED as follows:

Pursuant to 28 U.S.C. § 636(b)(1)(B) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge Ted E. Bandstra to conduct any hearings, including evidentiary hearings, and to submit to the Court proposed findings of fact and recommendations for the disposition of the petition for post-trial relief by an individual convicted of criminal offense(s). It is the responsibility of the parties in this case **to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 11-21428-CIV-HUCK/BANDSTRA)**, and to deliver a courtesy copy of all necessary materials filed after this date directly to the Magistrate's chambers.

DONE in Chambers, Miami, Florida, July 11, 2011.

                                                  Paul C. Huck
                                                United States District Judge

Copies furnished to:
Magistrate Judge Ted E. Bandstra
All counsel of record